**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00063-CV

———————————

**PATRICK COX, Appellant**

**V.**

**CARA COX, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-21966**

---

## MEMORANDUM OPINION

Appellant Patrick Cox appealed from a divorce decree. A panel of this Court issued an opinion and judgment in July 2016. Appellant filed a Chapter 11 bankruptcy petition in May 2016 and a motion to withdraw the opinion. The panel issued an order on September 20, 2016, granting the motion, withdrawing the

opinion and judgment, and staying the appeal during the pendency of the bankruptcy case.

The Public Access to Court Electronic Records (PACER) website for the U.S. Bankruptcy Court of the Southern District of Texas reveals that the bankruptcy case may have been closed in January 2019. On April 30, 2019, this Court issued an order directing the parties to file a response advising the Court about the status of the bankruptcy case and threatening dismissal for want of prosecution if no response was filed. No response was filed.

Accordingly, we reinstate the appeal on the active docket and dismiss it for want of prosecution. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.